PAUL F. DeMEESTER (SBN 148578)
Attorney at Law
1766A – 18th Street
San Francisco, California 94107
(415) 861-5304; (415) 520-0137 [FAX]
E-mail: paulfdemeester@msn.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0568 ~~MAG~~ JCS |
| Plaintiff, | |
| vs. | |
| CHARLES A. VELEY, | |
| Defendant. | |
|_____/ | |

## **STIPULATION**

    Both parties hereby stipulate that the status conference scheduled for December 11, 2009, at 10:30 a.m. be continued to January 8, 2010, at 10:30 a.m. due to the unavailability of defense counsel on December 11.

DATED: December 1, 2009.

```
_____/s/_____          _____/s/_____
PAUL F. DeMEESTER                  ACADIA L. SENESE
Attorney for Defendant             Special Assistant United States Attorney
```

SO ORDERED,

_____
MAGISTRATE JUDGE SPERO

Dated: 12/2/9

Stipulation