1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: acadia.senese@usdoj.gov

8  Attorneys for the United States of America

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,      )    Case No. CR 09-0568 JCS
                                   )
14                  Plaintiff,     )
                                   )    STIPULATION AND [PROPOSED]
15         v.                      )    ORDER TO CONTINUE STATUS DATE
                                   )
16  CHARLES A. VELEY,              )
                                   )
17                  Defendant.     )
                                   )

18
            The above-referenced matter is currently scheduled before the Court on January 8, 2010,
19
    at 10:30 a.m. for a status appearance. The Government needs additional time to respond to a
20
    discovery request. The undersigned parties jointly stipulate and request that this date be
21
    continued until January 29, 2010 at 10:30 a.m., the next available date for both Government and
22
    Defense Counsel, before your Honor for a status appearance.
23
    //
24
    //
25
    //
26
    //
27

28

Stipulation and Proposed Order to Continue Status Date
CR 09-0568

SO STIPULATED.

Dated:  1/7/2010              /s/
                              ACADIA L. SENESE
                              Special Assistant United States Attorney

Dated:  1/7/2010              /s/
                              PAUL F. DEMEESTER
                              Attorney for Defendant

**ORDER**

For the aforementioned reasons, the hearing in the above captioned case is continued to January 29, 2010 at 10:30 a.m..

IT IS SO ORDERED.

DATED: 1/8/2010

THE HON_____SPERO
UNITED_____E JUDGE

*Judge Joseph C. Spero*

Stipulation and ~~Proposed~~ Order to Continue Status Date
CR 09-0568                          -2-